### 377.   STEWART *v.* THE STATE.

RUSSELL, J.  This case is controlled by the decision in Hughes v. State, 2 Ga. App. 29, 58 S. E. 390.        *Judgment reversed.*

Accusation of carrying concealed weapon, from city court of Vienna—Judge Henderson. February 23, 1907.
Argued April 22,—Decided May 24, 1907.
*Busbee & Busbee,* for plaintiff in error.
*Watts Powell, solicitor,* contra.